No. 90. MAGNOLIA MOTOR & LOGGING Co. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Philip C. Wilkins* and *Richard N. Little* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Robert S. Erdahl* and *Eugene L. Grimm* for the United States.

No. 91. AUDETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Thomas M. Jenkins* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 92. SELBY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 93. PEARSON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *R. Kyle Hayes* and *T. R. Bryan* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Robert S. Erdahl* for the United States.

No. 94. LEE, TRUSTEE IN BANKRUPTCY, v. FOX JEWELRY Co. C. A. 5th Cir. Certiorari denied. *J. Kurt Holland* for petitioner.

No. 102. JAMES BLACKSTONE MEMORIAL LIBRARY ASSOCIATION ET AL. v. GULF, MOBILE & OHIO RAILROAD CO. C. A. 7th Cir. Certiorari denied. *Watson Washburn* for petitioners. *Kenneth F. Burgess, D. Robert Thomas, Walter J. Cummings, Jr.* and *Arthur R. Seder, Jr.* for respondent.